IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-CR-056 |
| | ) | |
| v. | ) | INFORMATION |
| | ) | |
| VIOREL DRAGHIA, | ) | T. 18 U.S.C. § 1349 |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(Conspiracy to Commit Wire Fraud)**

Beginning in or about January 2019, and continuing until in or about October 2019, in the Southern District of Iowa, and elsewhere, Defendant VIOREL DRAGHIA and another individual, identified as P.B., did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly execute and attempt to execute a scheme and artifice to defraud Vermeer Corporation of Pella, Iowa, and to obtain money by means of materially false and fraudulent pretenses and representations and by concealing and omitting material facts, using and causing the use of interstate wire communications in furtherance of, and in an attempt to carry out, an essential step of the scheme, in violation of Title 18, United States Code, Section 1343. Specifically, Defendant VIOREL DRAGHIA and P.B. engaged in a scheme to defraud using interstate wire communications, in which Defendant VIOREL DRAGHIA failed to disclose and concealed his agreement concerning and payment of kickbacks to P.B., an employee of Vermeer Corporation,

in exchange for P.B. directing certain construction contracts at Vermeer Corporation to Defendant VIOREL DRAGHIA's business.

This is a violation of Title 18, United States Code, Section 1349.

Richard D. Westphal
United States Attorney

By: *[signature]*
Adam J. Kerndt
Assistant United States Attorney