IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:22-cr-00056 |
| v. | ) | |
| VIOREL DRAGHIA, | ) | GOVERNMENT'S SENTENCING MEMORANDUM |
| Defendant. | ) | |

## INTRODUCTION

Co-conspirator Roger Paul Bradford (case 4:22-cr-67-RGE) was hired by Vermeer Corporation in early 2019 as Director of Construction. He was employed to oversee a massive rebuild of the Pella campus after a tornado ravaged the Vermeer facilities in July 2018. Unbeknownst to Vermeer, Bradford came into his new position with the intent to steer construction contracts at Vermeer to Defendant Viorel Draghia—a long-time friend who owned a construction company—and that Draghia would then pay Bradford monetary kickbacks. Defendant and Bradford schemed to defraud Vermeer over the course of 2019. Bradford provided Draghia with insider information about the projects, worked with Draghia to formulate bids, and, ultimately, ensured that Draghia was awarded contracts despite lower bids for the same work having been tendered by other companies.

Bradford and Draghia's conduct was not limited to Vermeer in 2019. Prior to Vermeer, Bradford and Draghia engaged in a construction kickback scheme when Bradford was employed at LG Corporation in 2018. After Vermeer, they engaged in

1

a similar scheme when Bradford was employed by Patriot Construction and working on a Department of Defense project at the Aberdeen Proving Grounds in 2020.

When first approached by the FBI, Draghia—unlike his co-conspirator Bradford—came clean about the fraud scheme. Unlike Bradford, Draghia has not obstructed the investigation and has comported himself in a manner consistent with accepting responsibility for his wrongdoing. Draghia is less culpable than Bradford. And Draghia has metastatic stage 4 prostate cancer. Bradford received 20 months in prison by this Court. Draghia's sentence should be substantially less given the totality of the circumstances.

## SENTENCING CALCULATION & OBJECTIONS

### A. Guidelines Calculation & Disputes

The probation office has calculated the guidelines as:

| | |
|---|---|
| Base Offense Level: | 7 |
| Loss: more than $250,000 but Less than $550,000 | +12 |
| Acceptance of Responsibility | -3 |
| Total Offense Level | 16 |

The parties agree with this adjusted offense level.

However, co-conspirator Bradford was sentenced by this Court on May 4, 2023, and the Court applied a 10-level increase for "loss" in Bradford's case. The facts in the instant case regarding loss are identical. Accordingly, in the interest of justice, the Court should sentence based on a total offense level 14.

There are no additional guidelines issues or factual issues for the Court to resolve. The victim company, Vermeer Corporation, has not requested restitution in Draghia's case.

**THE § 3553(a) FACTORS SUPPORT A NON-CUSTODIAL SENTENCE**

Bradford directed construction contracts at the Vermeer rebuild to his long-time acquaintance, Draghia, in exchange for monetary kickbacks from Draghia. Their illicit agreement was unknown to Vermeer officials or others engaged in the construction project. They manipulated, lied and hid information to line their pockets. As a result, Draghia received multiple construction contracts that would otherwise have been awarded to competing local Iowa bidders at substantially lower prices. Draghia collected work and monies on the project that he should never have received. Bradford stood to make upwards of $150,000 in kickbacks from Draghia on the Vermeer project.

Bradford bears primary culpability for this scheme. He called the shots. He was the Vermeer employee. He was in a position of trust. He was the insider that was critical to making the scheme go. He is more culpable. But Draghia was essential to this illegal conspiracy. Draghia benefitted monetarily to the detriment of Vermeer and the companies competing for the work fraudulently obtained by Draghia.

## CONCLUSION

In the totality of the circumstances, the government recommends a sentence consisting of probation, with some period of that probation requiring home confinement, and community service.

        Respectfully submitted,

        Richard D. Westphal
        United States Attorney

By: */s/Adam J. Kerndt*
     Adam J. Kerndt
     Assistant United States Attorney
     U.S. Courthouse Annex, Suite 286
     110 East Court Avenue
     Des Moines, Iowa 50309
     Tel: (515) 473-9300
     Fax: (515) 473-9292
     Email: Adam.Kerndt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

 X   U.S. Mail  _____ Fax  _____Hand Delivery

 X   ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY
By: */s/Janna Colvin, Paralegal Specialist*